## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:19-cv-101-FDW

| | | |
|---|---|---|
| **BARRY WILLIAM HUDGINS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **BUNCOMBE COUNTY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for an Extension of Time, (Doc. No. 9), in which he seeks an extension of time to file a Memorandum Addressing Limitations that the Court directed him on September 25, 2019 to file within 14 days. See (Doc. No. 8).

Plaintiff cites Rule 6(b) of the Federal Rules of Civil Procedure, which permits a court to extend time "for good cause." Fed. R. Civ. P. 6(b)(1). However, Plaintiff's Motion does not attempt to demonstrate good cause for the extension and he does not state how long of an extension is needed to file his Memorandum.

The Court, as a courtesy, will extend the time to file the Memorandum Addressing Limitations until October 25, 2019. Plaintiff's failure to timely file his Memorandum Addressing Limitations, or timely move to extend the time on a showing of good cause, will probably result in this case's dismissal without further notice.

**IT IS ORDERED** that Plaintiff's Motion, (Doc. No. 9), is **GRANTED** until October 25, 2019.

Signed: October 18, 2019

Frank D. Whitney
Chief United States District Judge